UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ANDREWS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; SONY PICTURES ENTERTAINMENT INC. HEALTH AND WELFARE BENEFITS PLAN,<br><br>    Defendants. | Case No.: CV 16-9425-DMG (MRWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [23]** |

Based upon the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

DATED: November 9, 2017

                                                          _____<br>DOLLY M. GEE<br>UNITED STATES DISTRICT JUDGE